An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
BRIAN R. BLOOMFIELD, BAR NO.
8379.

No. 65705

**FILED**

JUN 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD

Bar counsel for the State Bar of Nevada has petitioned this court, pursuant to SCR 111, to enter an order temporarily suspending attorney Brian Bloomfield from the practice of law and referring him to the appropriate board for discipline. The petition is supported by certified copies of documents indicating that on December 11, 2013, Bloomfield pleaded guilty in the Eighth Judicial District Court, Clark County, Nevada to one count of offering false instrument for filing or record, a felony; one count of forgery, a felony; one count of conspiracy to commit a crime, a gross misdemeanor; and one count of destroying evidence, a gross misdemeanor.

Pursuant to SCR 111, temporary suspension and referral to the appropriate disciplinary board are mandatory when an attorney has been convicted of a "serious" crime, which includes a felony. SCR 111(6)-(8). Having reviewed the petition and the supporting documentation submitted by bar counsel, we conclude that the petition conclusively establishes Bloomfield's conviction of serious crimes. Accordingly, we temporarily suspend Bloomfield from the practice of law.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20758

SCR 111(7) states that "[f]or good cause, the court may set aside its order suspending the attorney from the practice of law." Bloomfield has filed a combined opposition to the State Bar's petition for temporary suspension and a countermotion to set aside the suspension. We conclude that Bloomfield has failed to demonstrate good cause to set aside the mandatory suspension. SCR 111(7); *see In re Discipline of Trujillo*, 24 P.3d 972, 979 (Utah 2001). We refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed. SCR 111(8).

It is so ORDERED.



_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:     Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
        David A. Clark, Bar Counsel
        Kimberly K. Farmer, Executive Director, State Bar of Nevada
        William B. Terry, Chartered
        Perry Thompson, Admissions Office, United States Supreme Court